IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-588-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | ORDER SEALING DECLARATION |
| ) | IN SUPPORT OF COMPLAINT FOR |
| v. ) | FORFEITURE IN REM |
| ) | |
| WARD AND BREY PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| ) | |
| LINE 001 - GATEWAY DESKTOP - MODEL: ) | |
| DX4870, SERIAL#: DTGDDAA00322902D48920; ) | |
| ) | |
| LINE 002 - GATEWAY DESKTOP - MODEL: ) | |
| DX4870, SERIAL#: DTGDDAA00322902055920; ) | |
| ) | |
| LINE 003 - ACER ASPIRE R7 - MODEL: R7; ) | |
| SERIAL#: F110821237927589; ) | |
| ) | |
| LINE 004 - LENOVO LAPTOP - MODEL: 20332 ) | |
| SERIAL#: YB06044736; ) | |
| ) | |
| LINE 005 - TOSHIBA COMPUTER - SERIAL#: ) | |
| 84JJP7ICT64A; ) | |
| ) | |
| LINE 006 - SEAGATE EXT HARD DRIVE - ) | |
| SERIAL#: Q130409005H; ) | |
| ) | |
| LINE 007 - SEAGATE EXT HARD DRIVE - ) | |
| SERIAL#: NA4W0BPT, ) | |
| ) | |
| LINE 008 - WESTERN DIGITAL MY BOOK ) | |
| EXTERNAL HD - SERIAL#: WCC4E7DH0224; ) | |
| ) | |
| LINE 009 - WESTERN DIGITAL MY BOOK ) | |
| EXTERNAL HD - SERIAL#: WCC4E2XXTYPNE;) | |
| ) | |

1

LINE 010 - WESTERN DIGITAL MY PASSPORT EXTERNAL HD - SERIAL#: WXE1AB0M0738;            )
)
)
)
LINE 011 0000 ADP/MED  TRANSCEND SD CARD2 GB;                                          )
)
)
LINE 012 0000 ADP/MED  KODAK 4GB SD CARD;                                              )
)
)
LINE 013 0000 ADP/MED  TRANSCEND8 GB SD CARD;                                          )
)
)
LINE 014 0000 ADP/MED  PANASONIC1GB SD CARD;                                           )
)
)
LINE 015 0000 ADP/MED  SAN DISK 2GB SD CARD ;                                          )
)
)
LINE 016 0000 ADP/MED  PNY 2 GB SD CARD;)
)
LINE 017 0000 ADP/MED  KODAK 2 GB SD CARD;                                             )
)
)
LINE 018 0000 ADP/MED  TRANSCEND 16 GB SD CARD ;                                       )
)
)
LINE 019 0000 ADP/MED  KINGSTON4GB SD CARD;                                            )
)
)
LINE 020 0000 ADP/MED  TRANSCEND 32 GB SD CARD;                                        )
)
)
LINE 021 0000 ADP/MED  ULTRA SAN DISK 32 GB;                                           )
)
)
LINE 022 0000 ADP/MED  SAN DISK 8GB SD CARD;                                           )
)
)
LINE 023 -  SEAGATE EXT HD - SERIAL#: Q130429064N;                                     )
)
)

2

| | |
|---|---|
| LINE 024 - SEAGATE EXT HD - SERIAL#: NAS5KATLN; | ) ) |
| LINE 025 - WESTERN DIGITAL EXT HD - SERIAL#: WCAUK1026601; | ) ) ) |
| LINE 026 - WESTERN DIGITAL EXT HD - SERIAL#: WCA8U6918419; | ) ) ) |
| LINE 027 - TOSHIBA COMPUTER - SERIAL#: 84KFP8XYT64A; | ) ) ) |
| LINE 028 - TOSHIBA EXT HD - SERIAL#: X211SMHASSX3; | ) ) ) |
| LINE 029 - SEAGATE - SERIAL#: Q130819004J; | ) ) |
| LINE 030 - WESTERN DIGITAL MY BOOK - SERIAL#: WMAZA6920662; | ) ) ) |
| LINE 031 - WESTERN DIGITAL MY BOOK - SERIAL#: WMAZA7131364; | ) ) ) |
| LINE 032 - SEAGATE EXT HD - SERIAL#: S1D27CC8; | ) ) ) |
| LINE 033 - SEAGATE EXT HD - SERIAL#: S1D26C7C; | ) ) ) |
| LINE 034 - WESTERN DIGITAL EXT HD - SERIAL#: WCAV51789962; | ) ) ) |
| LINE 035 - WESTERN DIGITAL EXT HD - SERIAL#: WCASU6068390; | ) ) ) |
| LINE 036 0000 ADP/MED SAN DISK CRUZER 512 MB; | ) ) ) |
| LINE 037 0000 ADP/MED SAN DISK THUMB DRIVE2GB; | ) ) ) |
| LINE 038 0000 ADP/MED SAN DISK 32 GB THUMB DRIVE; | ) ) ) |

3

LINE 039 0000 ADP/MED  SAN DISK CRUZER   )
THUMB DRIVE;                             )
                                         )
LINE 040 0000 ADP/MED  IMPACT 128 MB     )
THUMB DRIVE;                             )
                                         )
LINE 041 0000 ADP/MED  4 DVDS;           )
                                         )
LINE 042 0000 ADP/MED  KINGSTON 4 GB     )
THUMB DRIVE;                             )
                                         )
LINE 043 0000 ADP/MED  MEMOREX 1 GB      )
THUMB DRIVE;                             )
                                         )
LINE 044 0000 ADP/MED  SAN DISK CRUZER   )
GLIDE 8;                                 )
                                         )
LINE 045 0000 ADP/MED  KINGSTON 16 GB    )
THUMB DRIVE;                             )
                                         )
LINE 046 0000 ADP/MED  PNY 32 GB THUMB   )
DRIVE;                                   )
                                         )
LINE 047 0000 ADP/MED  TRANSCEND SD      )
CARD 2 GB;                               )
                                         )
LINE 048 0000 ADP/MED  DANE ELEC SD      )
CARD 2 GB;                               )
                                         )
LINE 049 0000 ADP/MED  W PHOTO SD CARD;  )
                                         )
LINE 050 0000 ADP/MED  KODAK SD CARD;    )
                                         )
LINE 051 0000 ADP/MED  SAN DISK SD CARD  )
2 GB;                                    )
                                         )
LINE 052 0000 ADP/MED  SAN DISK 256 SD   )
CARD;                                    )
                                         )
LINE 053 0000 ADP/MED  CANON SD CARD     )
16 GB;                                   )
                                         )
LINE 054 0000 ADP/MED  KINGSTON 4 GB     )
SD CARD;                                 )

4

| | |
|---|---|
| LINE 055 0000 ADP/MED VIKING SD CARD 64 MB; | ) ) ) |
| LINE 056 0000 ADP/MED KODAK 2 GB SD CARD; AND | ) ) ) ) |
| LINE 057 0000 ADP/MED KINGSTON 8 GB THUMB DRIVE, | ) ) ) |
| Defendants. | ) |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the Declaration of Special Agent M.C. Glenn Covington, Department of Homeland Security Investigation, filed herein, be sealed until further order of the Court. However, the Clerk of Court or United States Attorney may provide copies to counsel for claimants upon request.

SO ORDERED. This 19thday of November, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge

5