IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-588-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WARD AND BREY PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| | ) |
| LINE 001 - GATEWAY DESKTOP - MODEL: | ) |
| DX4870, SERIAL#: DTGDDAA00322902D48920; | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

CONSENT ORDER

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1. They have settled the litigation in this matter.

2. The parties' settlement is neither a concession by the United States that the defendant property is not subject to forfeiture nor an admission of wrongdoing by the Claimant. Rather, the parties' settlement is merely a compromise to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the Government's claims relating to forfeiture of the defendant property.

1

It is, therefore, ORDERED that the United States shall return to the Claimant certain items of the defendant property, specifically:

LINE ITEM 004 - LENOVO LAPTOP - MODEL: 20332 SERIAL#: YB06044736;

LINE ITEM 008 - WESTERN DIGITAL MY BOOK EXTERNAL HD - SERIAL#: WCC4E7DH0224;

LINE ITEM 009 - WESTERN DIGITAL MY BOOK EXTERNAL HD - SERIAL#: WCC4E2XXTYPNE;

LINE ITEM 011 - 0000 ADP/MED TRANSCEND SD CARD2 GB;

LINE ITEM 012 - 0000 ADP/MED KODAK 4GB SD CARD;

LINE ITEM 013 - 0000 ADP/MED TRANSCEND8 GB SD CARD;

LINE ITEM 014 - 0000 ADP/MED PANASONIC1GB SD CARD;

LINE ITEM 015 - 0000 ADP/MED SAN DISK 2GB SD CARD;

LINE ITEM 016 - 0000 ADP/MED PNY 2 GB SD CARD;

LINE ITEM 017 - 0000 ADP/MED KODAK 2 GB SD CARD;

LINE ITEM 018 - 0000 ADP/MED TRANSCEND 16 GB SD CARD;

LINE ITEM 019 - 0000 ADP/MED KINGSTON4GB SD CARD;

LINE ITEM 020 - 0000 ADP/MED TRANSCEND 32 GB SD CARD;

LINE ITEM 021 - 0000 ADP/MED ULTRA SAN DISK 32 GB;

LINE ITEM 022 - 0000 ADP/MED SAN DISK 8GB SD CARD;

LINE ITEM 036 - 0000 ADP/MED SAN DISK CRUZER 512 MB;

LINE ITEM 044 - 0000 ADP/MED SAN DISK CRUZER GLIDE 8;

LINE ITEM 047 - 0000 ADP/MED TRANSCEND SD CARD 2 GB;

LINE ITEM 048 - 0000 ADP/MED DANE ELEC SD CARD 2 GB;

LINE ITEM 049 - 0000 ADP/MED W PHOTO SD CARD;

LINE ITEM 050 - 0000 ADP/MED KODAK SD CARD;

LINE ITEM 051 - 0000 ADP/MED SAN DISK SD CARD 2 GB;

LINE ITEM 052 - 0000 ADP/MED SAN DISK 256 SD CARD;

LINE ITEM 053 - 0000 ADP/MED CANON SD CARD 16 GB;

LINE ITEM 054 - 0000 ADP/MED KINGSTON 4 GB SD CARD;

LINE ITEM 055 - 0000 ADP/MED VIKING SD CARD 64 MB; and

LINE ITEM 056 - 0000 ADP/MED KODAK 2 GB SD CARD.

IT IS FURTHER ORDERED that all remaining defendant property is forfeited to the United States of America, to be disposed of by the United States according to law, including destruction.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

IT IS FURTHER ORDERED that the United States shall have a reasonable period of time not to exceed 90 days within to review the items to be returned to the claimant and remove any material that is illegal to possess.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 30thday of ___March___, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge


Consented to by:


/s/ Stephen A. West
STEPHEN A. WEST
Attorney for United States of America

/s/ Elliott S. Abrams
ELLIOTT S. ABRAMS
Attorney for Claimant